# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Dmt MacTruong, *et al.*<br>              Plaintiffs,<br>    -AGAINST-<br><br>Jeff Bezos, et al.<br>              Defendants | Case: 1:26–cv–00541 JURY DEMAND<br>Assigned To : Unassigned<br>Assign. Date : 2/5/2026<br>Description: Pro Se Gen. Civil (F–DECK) |

FEB - 5 2026

Angela ... Caesar, Clerk of Clerk
U.S. District Court District of Columbia

RECEIVED
Mailroom

FEB - 5 2026

Angela D. Caesar, Clerk of Clerk
U.S. District Court District of Columbia

# PLAINTIFF DMT MACTRUONG'S APPLICATION TO PROCEED WITH ACTION IN *FORMA PAUPERIS*

I, Dmt MacTruong, Plaintiff *pro se*, affirm under the penalty of perjury as follows:

1.     In support of my request to proceed with this proceeding in this Court, without being required to prepay fees, cost, or give security therefore, I state that because of my poorness, I am unable to pay its costs or give security therefor. As such, I believe I am entitled to the relief sought.

2.     I am 81 years of age. I am a retired author and lawyer. I have been granted the IFP Status by the U.S. Texas District Court for the Western District – Austin Division in 2024, the U.S. District Court for the Southern District of New York, and the U.S. Courts of Appeals for the Second and Third Circuit Courts, and by various State and federal Courts since 2005 in various prior proceedings [See, Attachments.]

3.     The nature of my action, defense, or pleading, or the issues I intend

to raise before this Court are meritorious and will most likely prevail.

**4.    In support of this application, I further submit the proof that I was granted in August 2016 a discharge from all my debts prior to my May 23 2016 Filing for Bankruptcy under Chapter 7 in the U.S. Bankruptcy Court for the District of New Jersey, Docket No. 16-19929 (VFP).**

5.    I further submit herewith a true copy of my 2024 Income Tax Return to show that I indeed presently qualify to proceed with this action *in forma pauperis.*

6.    In further support of this application, I certify that I have never violated my *in forma pauperis* status, which was granted to me by various Courts in the last 20 years.

7.    I declare under the penalty of perjury that the above information is true and correct.


Dated:  January 30, 2026

Dmt MacTruong, Plaintiff *pro se.*

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Dmt MacTruong, *et al.* | ) | **Action Civ No.** |
| Plaintiffs, | ) | |
| -AGAINST- | ) | **Presiding Judge:** |
| Jeff Bezos, et al. | ) | |
| Defendants | ) | |
| | ) | |
| | ) | |

# ORDER WAIVING FILING FEES

This matter having been brought before the Court on the application of Dmt MacTruong, Plaintiff *pro se*, for an Order waiving filing fees pursuant to Rule _____ , and the Court having considered the moving party's financial information, the matter, and for good cause appearing:

_____

It is on this _____ day of _____ 2026, ORDERED that the application for a fee waiver is

[ ] Granted [ ] Denied

_____

RECEIVED
Mailroom

FEB - 5 2026

Angela D. Caesar, Clerk of Clerk
U.S. District Court District of Columbia

*Attachment 4 - Motion to Proceed in Forma Pauperis*

AO 240    (Rev. 01/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# United States District Court
## FOR THE DISTRICT OF COLUMBIA

RECEIVED
Mailroom

F - - -5 2026

Angela D. Caesar, Clerk of Clerk
U.S. District Court District of Columbia

| | | |
|---|---|---|
| **Dmt MacTruong**, *et al.* | ) | **Civil Action No.** |
| **Plaintiffs** | ) | |
| **Jeff Bezos**, *et al.* | ) | |
| **Defendants** | ) | |

### APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
### (Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: _____ N / A _____
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name.   I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:

My take-home pay or wages are: _____ Ø _____ per *(specify pay period)* _____ N / A _____

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

| | | | |
|---|---|---|---|
| (a) Business, profession, or other self-employment | ☐ Yes | ☒ No | |
| (b) Rent payments, interest, or dividends | ☐ Yes | ☒ No | |
| (c) Pension, annuity, or life insurance payments | ☐ Yes | ☒ No | |
| (d) Disability, or worker's compensation payments | ☐ Yes | ☒ No | |
| (e) Gifts, or inheritances | ☐ Yes | ☒ No | |
| (f) Any other sources | ☒ Yes | ☐ No | |

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

Social Security Benefits = $1,346 Monthly

Rev. Ed. October 26, 2017

AO 240   (Rev, 01/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4.  Amount of money that I have in cash or in a checking or savings account:   $600—

5.  Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

Saturn Car 1994   $ Market Value

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

$ 1,400.—

7.  Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:



8.  Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:



*Declaration:*  I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date:   12/26/2025                          _____
                                              *Applicant's signature*

Rev. Ed. October 26, 2017

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Mao Truong Dr. | Social Security number or ITIN   xxx–xx–1959 |
| | First Name   Middle Name   Last Name | EIN   __–_____ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____ |
| | | EIN   __–_____ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:  16–19929–VFP | | |

## Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Mao Truong Dr.

8/26/16

By the court:  Vincent F. Papalia
United States Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

For more information, see page 2 >

Official Form 318                Order of Discharge                    page 1

Some debts are not discharged
Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for most taxes;

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- ♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- ♦ some debts which the debtors did not properly list;

- ♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.

---



Department of the Treasury
Internal Revenue Service
Fresno, CA 93888-0025





539256.435616.100046.760 1 8P 0.590 530

| | |
|---|---|
| **For your reference** | |
| Notice name CP13 | Tax year 2021 |
| Notice date May 23, 2022 | |
| Your caller ID 928811 | |
| Your TIN XXX-XX-1959 | |
| Last date to respond July 22, 2022 | |
| For more information visit Irs.gov/CP13 to learn more about this notice and avoid waiting on the phone. | |

MÁC TRUONG
875 BERGEN AVE 63 VAN REYPEN ST
JERSEY CITY NJ 07306-4449

9H
683D

539256

Page 1 of 2

We found an error on your 2021 Form 1040, which affects the following area of your return:  Recovery Rebate Credit

We changed your return to correct this error. As result, you don't owe us, and we don't owe you a refund.

## Amount due: $0.00

### Billing summary

| | |
|---|---|
| Amount due: | $0.00 |

### Why we changed your information

- We changed the amount claimed as Recovery Rebate Credit on your tax return. The error was in one or more of the following:
  - The Social Security number of one or more individuals claimed as a qualifying dependent was missing or incomplete.
  - The last name of one or more individuals claimed as a qualifying dependent does not match our records.
  - One or more individuals claimed as a qualifying dependent exceeds the age limit.
  - Your adjusted gross income exceeds $75,000 ($150,000 if married filing jointly, $112,500 if head of household).
  - The amount was computed incorrectly.

> Review the changes made to your account under "Tax calculations, payments and credits" section. If you disagree, contact us by
> July 22, 2022 to resolve the errors. You can contact us at 800-829-0922. Be sure to have your account information available when you
> call. See the "How to resolve this issue" section for more information.

### How to resolve this issue

If you agree with the changes we made:
- You don't need to respond to this notice.

If you don't agree with the changes we made:
- Call 800-829-0922 using "Your caller ID" provided on the top of page one to review your account with a representative. Be sure to have
  your account information available when you call. You can also contact us by mail at the address at the top of the first page of this notice. Be
  sure to include your taxpayer identification number, tax year, and form number you are writing about.
- To preserve your formal appeal rights, including the right to appeal our decision in the U.S. Tax Court, you must contact us
  by phone or in writing by July 22, 2022. We'll then reverse the change we made to your return. You don't need to provide any
  explanation or additional documents when you request the reversal, but we'll consider any information you provide us. However, if we do not
  receive information that supports your original return, we may forward your case for audit, in which case you will be contacted by the audit
  staff within 6 weeks to explain the process and your rights. We are not required to reverse changes we made to the tax withholding or
  estimated tax payments you reported but will consider the information you provide us.
- If you do not contact us by July 22, 2022, the change will not be reversed. However, you may file a claim for refund to dispute the
  change. Generally, you must submit the claim within 3 years of the date you filed the tax return, or within 2 years of the date of your last
  payment for this tax, whichever is later.

Continued on back...

Notice: CP13    Tax year: 2021    Notice date: May 23, 2022    TIN: XXX-XX-1959    Page 2 of 2

If you do not contact us by July 22, 2022, we'll proceed as if you agree with the information in this notice.

## Your tax calculations

| Description | Your calculations | IRS calculations |
|---|---|---|
| Adjusted gross income, Form 1040 line 11 | $0.00 | $0.00 |
| Taxable income, Form 1040 line 15 | $0.00 | $0.00 |
| Total tax, Form 1040 line 24 | $0.00 | $0.00 |

## Your payments and credits

| Description | IRS calculations |
|---|---|
| Income tax withheld, Form 1040 line 25d | $0.00 |
| Estimated tax payments, Form 1040 line 26, SCH 3 line 10 | $0.00 |
| Other credits, Form 1040 lines 27a, 28-30, SCH 3 lines 9, 11, 12, 14 | $0.00 |
| Other payments received | $0.00 |
| Total payments and credits | $0.00 |

## IRS help

- For online assistance, visit irs.gov/help.
- If you can't find what you need online, call the IRS at 800-829-0922.
- Estimated Tax Filers Note: If you pay estimated taxes, check your computation of estimated tax to see if you should adjust your estimated tax payments.

## Taxpayer rights and sources of assistance

The Internal Revenue Code (IRC) gives taxpayers specific rights. The Taxpayer Bill of Rights groups these into 10 fundamental rights. See IRC Section 7803(a)(3). IRS employees are responsible for being familiar with and following these rights. For additional information about your taxpayer rights, please see the enclosed Publication 1, Your Rights as a Taxpayer, or visit irs.gov/taxpayer-bill-of-rights.

The Taxpayer Advocate Service (TAS) is an independent organization within the IRS that helps taxpayers and protects taxpayers' rights. TAS can offer you help if your tax problem is causing a financial difficulty, you've tried but been unable to resolve your issue with the IRS, or you believe an IRS system, process, or procedure isn't working as it should. If you qualify for TAS assistance, which is always free, TAS will do everything possible to help you. To learn more, visit taxpayeradvocate.irs.gov or call 877-777-4778.

Tax professionals who are independent from the IRS may be able to help you.

Scan here to view the Taxpayer Advocate Website

Low Income Taxpayer Clinics (LITCs) can represent low-income persons before the IRS or in court. LITCs can also help persons who speak English as a second language. Any services provided by an LITC must be for free or a small fee. To find an LITC near you:

- Go to taxpayeradvocate.irs.gov/litcmap;
- Download IRS Publication 4134, Low Income Taxpayer Clinic List, available at irs.gov/forms; or
- Call the IRS toll-free at 800-829-3676 and ask for a copy of Publication 4134.

State bar associations, state or local societies of accountants or enrolled agents, or other nonprofit tax professional organizations may also be able to provide referrals.

# Form 1040 U.S. Individual Income Tax Return

Department of the Treasury—Internal Revenue Service

**2024** OMB No. 1545-0074  IRS Use Only—Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 2024, or other tax year beginning _____, 2024, ending _____, 20 ___   See separate instructions.

| | | |
|---|---|---|
| Your first name and middle initial  MAC | Last name  TRUONG | Your social security number  101 54 1959 |
| If joint return, spouse's first name and middle initial | Last name | Spouse's social security number  109 54 2551 |

Home address (number and street). If you have a P.O. box, see instructions.
35 JOURNAL SQ STE 419  40 VAN REYPEN STREET  Apt. no.

City, town, or post office. If you have a foreign address, also complete spaces below.
JERSEY CITY   State NJ   ZIP code 07306

Foreign country name   Foreign province/state/county   Foreign postal code

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund.  [X] You   [ ] Spouse

**Filing Status**
Check only one box.

- [ ] Single
- [ ] Married filing jointly (even if only one had income)
- [X] Married filing separately (MFS)
- [ ] Head of household (HOH)
- [ ] Qualifying surviving spouse (QSS)

If you checked the MFS box, enter the name of your spouse. If you checked the HOH or QSS box, enter the child's name if the qualifying person is a child but not your dependent: MARYSE MACTRUONG

- [ ] If treating a nonresident alien or dual-status alien spouse as a U.S. resident for the entire tax year, check the box and enter their name (see instructions and attach statement if required).

**Digital Assets**
At any time during 2024, did you: (a) receive (as a reward, award, or payment for property or services); or (b) sell, exchange, or otherwise dispose of a digital asset (or a financial interest in a digital asset)? (See instructions.)  [ ] Yes  [X] No

**Standard Deduction**
Someone can claim: [ ] You as a dependent  [ ] Your spouse as a dependent
[ ] Spouse itemizes on a separate return or you were a dual-status alien

**Age/Blindness**  You: [X] Were born before January 2, 1960  [ ] Are blind   Spouse: [ ] Was born before January 2, 1960  [ ] Is blind

**Dependents** (see instructions):

| (1) First name   Last name | (2) Social security number | (3) Relationship to you | (4) Check the box if qualifies for (see instructions): |
|---|---|---|---|
| | | | Child tax credit | Credit for other dependents |
| | | | [ ] | [ ] |
| | | | [ ] | [ ] |
| | | | [ ] | [ ] |
| | | | [ ] | [ ] |

If more than four dependents, see instructions and check here . . [ ]

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a Form W-2, see instructions.

Attach Sch. B if required.

| | | | |
|---|---|---|---|
| 1a | Total amount from Form(s) W-2, box 1 (see instructions) | **1a** | 0 |
| b | Household employee wages not reported on Form(s) W-2 | **1b** | 0 |
| c | Tip income not reported on line 1a (see instructions) | **1c** | 0 |
| d | Medicaid waiver payments not reported on Form(s) W-2 (see instructions) | **1d** | 0 |
| e | Taxable dependent care benefits from Form 2441, line 26 | **1e** | 0 |
| f | Employer-provided adoption benefits from Form 8839, line 29 | **1f** | 0 |
| g | Wages from Form 8919, line 6 | **1g** | 0 |
| h | Other earned income (see instructions) | **1h** | 0 |
| i | Nontaxable combat pay election (see instructions) | **1i** | |
| z | Add lines 1a through 1h | **1z** | 0 |

**Standard Deduction for—**
- Single or Married filing separately, $14,600
- Married filing jointly or Qualifying surviving spouse, $29,200
- Head of household, $21,900
- If you checked any box under Standard Deduction, see instructions.

| | | | | | | |
|---|---|---|---|---|---|---|
| 2a | Tax-exempt interest | **2a** | 0 | b Taxable interest | **2b** | 0 |
| 3a | Qualified dividends | **3a** | 0 | b Ordinary dividends | **3b** | 0 |
| 4a | IRA distributions | **4a** | | b Taxable amount | **4b** | 0 |
| 5a | Pensions and annuities | **5a** | | b Taxable amount | **5b** | 0 |
| 6a | Social security benefits | **6a** | 0 | b Taxable amount | **6b** | 0 |
| c | If you elect to use the lump-sum election method, check here (see instructions) | [ ] | | | | |
| 7 | Capital gain or (loss). Attach Schedule D if required. If not required, check here | [ ] | | | **7** | 0 |
| 8 | Additional income from Schedule 1, line 10 | | | | **8** | 0 |
| 9 | Add lines 1z, 2b, 3b, 4b, 5b, 6b, 7, and 8. This is your **total income** | | | | **9** | 0 |
| 10 | Adjustments to income from Schedule 1, line 26 | | | | **10** | 0 |
| 11 | Subtract line 10 from line 9. This is your **adjusted gross income** | | | | **11** | 0 |
| 12 | Standard deduction or itemized deductions (from Schedule A) | | | | **12** | 16150 |
| 13 | Qualified business income deduction from Form 8995 or Form 8995-A | | | | **13** | 0 |
| 14 | Add lines 12 and 13 | | | | **14** | 16150 |
| 15 | Subtract line 14 from line 11. If zero or less, enter -0-. This is your **taxable income** | | | | **15** | 0 |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.   Form **1040** (2024)

BNA  FFF

Form 1040 (2024)

Page **2**

| | | | |
|---|---|---|---|
| **Tax and Credits** | 16 | Tax (see instructions). Check if any from Form(s): 1 ☐ 8814   2 ☐ 4972   3 ☐ _____ | **16** | 0 |
| | 17 | Amount from Schedule 2, line 3 | **17** | 0 |
| | 18 | Add lines 16 and 17 | **18** | 0 |
| | 19 | Child tax credit or credit for other dependents from Schedule 8812 | **19** | 0 |
| | 20 | Amount from Schedule 3, line 8 | **20** | 0 |
| | 21 | Add lines 19 and 20 | **21** | 0 |
| | 22 | Subtract line 21 from line 18. If zero or less, enter -0- | **22** | 0 |
| | 23 | Other taxes, including self-employment tax, from Schedule 2, line 21 | **23** | 0 |
| | 24 | Add lines 22 and 23. This is your **total tax** | **24** | 0 |

| | | | | | |
|---|---|---|---|---|---|
| **Payments** | 25 | Federal income tax withheld from: | | | |
| | a | Form(s) W-2 | **25a** | 0 | |
| | b | Form(s) 1099 | **25b** | 0 | |
| | c | Other forms (see instructions) | **25c** | 0 | |
| | d | Add lines 25a through 25c | | **25d** | 0 |
| If you have a qualifying child, attach Sch. EIC. | 26 | 2024 estimated tax payments and amount applied from 2023 return | | **26** | 0 |
| | 27 | Earned income credit (EIC) | **27** | 0 | |
| | 28 | Additional child tax credit from Schedule 8812 | **28** | 0 | |
| | 29 | American opportunity credit from Form 8863, line 8 | **29** | 0 | |
| | 30 | Reserved for future use | **30** | | |
| | 31 | Amount from Schedule 3, line 15 | **31** | 0 | |
| | 32 | Add lines 27, 28, 29, and 31. These are your total other payments and refundable credits | | **32** | 0 |
| | 33 | Add lines 25d, 26, and 32. These are your **total payments** | | **33** | 0 |

| | | | | |
|---|---|---|---|---|
| **Refund** | 34 | If line 33 is more than line 24, subtract line 24 from line 33. This is the amount you **overpaid** | **34** | 0 |
| | 35a | Amount of line 34 you want refunded to you. If Form 8888 is attached, check here ▸ ☐ | **35a** | 0 |
| Direct deposit? See instructions. | b | Routing number ☐☐☐☐☐☐☐☐☐   ▸ c Type: ☐ Checking  ☐ Savings | | |
| | d | Account number ☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐ | | |
| | 36 | Amount of line 34 you want applied to your 2025 estimated tax ▸ | **36** | 0 |

| | | | | |
|---|---|---|---|---|
| **Amount You Owe** | 37 | Subtract line 33 from line 24. This is the **amount you owe**. For details on how to pay, go to *www.irs.gov/Payments* or see instructions | **37** | 0 |
| | 38 | Estimated tax penalty (see instructions) | **38** | 0 |

| | | |
|---|---|---|
| **Third Party Designee** | Do you want to allow another person to discuss this return with the IRS? See instructions | ☐ Yes. Complete below.   ☒ No |
| | Designee's name | Phone no. | Personal identification number (PIN) |

| | |
|---|---|
| **Sign Here** | Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge. |

| | | | | |
|---|---|---|---|---|
| Joint return? See instructions. Keep a copy for your records. | Your signature *(signed)* | Date | Your occupation  AUTHOR RETIRED | If the IRS sent you an Identity Protection PIN, enter it here (see inst.) ☐☐☐☐☐☐ |
| | Spouse's signature. If a joint return, both must sign. | Date 9/9/25 | Spouse's occupation | If the IRS sent your spouse an Identity Protection PIN, enter it here (see inst.) ☐☐☐☐☐☐ |
| | Phone no.  914-215-2304 | | Email address  DMTFOREST@AOL.COM | |

| | | | | | |
|---|---|---|---|---|---|
| **Paid Preparer Use Only** | Preparer's name  OLT.Com | Preparer's signature | Date | PTIN | Check if: ☐ Self-employed |
| | Firm's name | | | | Phone no. |
| | Firm's address | | | | Firm's EIN |

Go to *www.irs.gov/Form1040* for instructions and the latest information.

Form **1040** (2024)

Case 1:26-cv-00541-UNA    Document 2    Filed 02/05/26    Page 12 of 21

Case 2:21-cv-12997-SDW-JSA   Document 1-1   Filed 06/24/21   Page 4 of 11 PageID: 12
Case 2:07-cv-05066-SDW   Document 6   Filed 12/11/2007   Page 1 of 1

NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| MAC TRUONG, | Civil Action No. 07-5066 (SDW) |
| Appellant, | |
| V. | ORDER |
| STEVEN P. KARTZMAN, | |
| Appellee. | December 10, 2007 |

WIGENTON, District Judge.

The Court hereby VACATES the Order dated November 1, 2007, Docket Entry No. 4, as to Mac Truong's ("Appellant") *in forma pauperis* application because no fee is associated with this Bankruptcy appeal before the Court. As such, the briefing schedule in this matter will proceed in due course. Appellee is to submit a response to the papers filed by Appellant by January 7, 2008. Appellant will have until January 21, 2008 to reply.

SO ORDERED.

s/Susan D. Wigenton, U.S.D.J.

Orig:  Clerk
cc:    Parties

FPS - 132                                    DATE: January 9, 2008

### UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 07-3239

In Re: Mac Truong

To: Clerk

1) Motion by Appellant Mac Truong for leave to appeal in forma pauperis

The foregoing motion to proceed in forma pauperis is granted. The appeal will be submitted to a panel for determination under 28 U.S.C. § 1915(e)(2) or for summary action under Third Circuit L.A.R. 27.4 and I.O.P. 10.6.

For the Court,

/s/Marcia M. Waldron
Clerk

Dated:   January 10, 2008
tyw/cc:  Ms. Sylvaine DeCrouy
         Mr. Hugh MacTruong
         Ms. Maryse MacTruong
         Mr. Mac Truong
         Bruce S. Etterman, Esq.

FPS - 187                                    DATE: February 28, 2008

### UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 07-3238

In Re: Mac Truong

To: Clerk

I) Motion by Appellant for leave to appeal *in forma pauperis*

The foregoing motion to proceed *in forma pauperis* is granted. The appeal will be submitted to a panel for determination under 28 U.S.C. § 1915(e)(2) or for summary action under Third Circuit L.A.R. 27.4 and I.O.P. 10.6.

For the Court,

/s/Marcia M. Waldron
Clerk

Dated:    February 28, 2008
tyw/cc:   Mr. Mac Truong
          Bruce S. Etterman, Esq.

S.D.N.Y.-N.Y.C.
10-cv-286
Batts, J.

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second
Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl
Street, in the City of New York, on the 14th day of September, two thousand eleven,

Present:

Guido Calabresi,
Richard C. Wesley,
Gerard E. Lynch,
    *Circuit Judges.*

Mac Truong,

                    *Plaintiff-Appellant,*

            v.                                              11-3248-cv

Hung Thi Nguyen, *et al.,*

                    *Defendants-Appellees.*

Appellant, *pro se,* moves for leave to proceed *in forma pauperis.* Upon due consideration, it is
hereby ORDERED that the motion for leave to proceed *in forma pauperis* is GRANTED. The
Appellant is directed to file a scheduling notification within 14 days of the date of entry of this order
pursuant to Second Circuit Local Rule 31.2.

                        FOR THE COURT:
                        Catherine O'Hagan Wolfe, Clerk.

SAO/JF

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

DR. MAC TRUONG

      Plaintiff,

v.

LAKELAND BANK, ET AL.

      Defendant.

22-CV-499 (SDW)

ORDER

---

Plaintiff having filed an Application to Proceed In Forma Pauperis on appeal and relying on Plaintiff's statement in support thereof,

It is on this 18TH day of May, 2022

ORDERED that plaintiff's Application to proceed In Forma Pauperis on appeal is granted.

SUSAN D. WIGENTON, U.S.D.J.

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

MAC TRUONG, et al.,                    )
                                       )
        Plaintiff(s),                  )
                                       )
v.                                     )       Case No. CIV-22-491-R
                                       )
KEVIN STITT, et al.,                   )
                                       )
        Defendant(s).                  )

### ORDER GRANTING PLAINTIFF'S APPLICATION
### TO PROCEED WITHOUT PAYING FEES OR COSTS

Upon consideration of Plaintiff Troung's Application (Motion) to Proceed Without

Prepaying Fees or Costs, **(ECF No. 2)**, the Court finds that the Plaintiff is financially

unable to prepay the fees of this proceeding or give security for payment of the fees.

The Application is therefore **GRANTED**. Plaintiff Troung is authorized to proceed

without prepayment of the fees or giving security for such payment, and pursuant to

LCvR3.3(e) the formal filing of the pleading will relate back to the date the pleadings

were conditionally filed.

**IT IS SO ORDERED** on June 24, 2022.

SHON T. ERWIN
UNITED STATES MAGISTRATE JUDGE

HUD-L-004849-24  12/30/2024  Pg 1 of 1  Trans ID: LCV20243298576

# SUPERIOR COURT OF THE STATE OF
# NEW JERSEY - HUDSON COUNTY
# LAW DIVISION

**FILED**

JAN 10 2025

KIMBERLY ESPINALES-MALONEY, J.S.C.

|  |  |
|---|---|
| Dr. Mac Truong,<br>    Plaintiff,<br>    vs.<br>Sandy PATCH, 40 Van Reypen LLC,<br><br>and Julia BURGESS,<br>    Defendants | Docket No:<br><br>**Civil Action**<br><br><br>**ORDER** |

This matter having been brought before the court on application of Dr. Mac Truong, Plaintiff, for an Order waiving filing fees pursuant to Rule I: 13-2 or Rule 2:7-1, and the Court having considered the moving party's financial information, the matter, and for good cause appearing:

It is on this 10th day of  January, 2025      **ORDERED** that the application for a fee waiver is

[x] Granted [ ] Denied

*Kimberly Espinales-Maloney*

Hon. Kimberly Espinales-Maloney, J.S.C

Revised 09/25/2018, CN 11208 page 8 of 8

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

SALIM JACQUES, et al.,                    )
                                          )
          Plaintiffs,                     )
                                          )
                                          )          Civil Action No. I :24-cv-00184 (UNA)
                                          )
MARC JEAN-BAPTISTE, et al.,               )
                                          )
          Defendants.                     )



## ORDER

For the reasons stated in the accompanying memorandum opinion, it is

ORDERED that plaintiffs' applications for leave to proceed informa pauperis, ECF No.

2, are GRANTED, and it is further

ORDERED that the complaint, ECF No. 1, and this civil action, are DISMISSED without

prejudice.

This is a final appealable order. See Fed. R. App. P. 4(a).

SO ORDERED.

Date: April 15, 2024

                              _Tanya S. Chutkan_
                              TANYA S. CHUTKAN
                              United States District Judge

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| Dmt MacTruong, et al. )<br>Plaintiffs, )<br>-AGAINST- )<br>Jeff Besos, et al. )<br>Defendants. )<br>) | **Action Civ No.**<br><br>**Presiding Judge:** |

# AFFIRMATION OF SERVICE

I, Cameron Azimi-Tabrizi, affirm under the penalty of perjury as follows:
On February 2, 2026, I served by Hand Delivery and/or by U.S. Certified Priority Mail with Delivery Tracking, and/or by regular mail or emails the true copies of the within document(s):

      **(1) Plaintiffs' Summons and Complaint,**
      **(2) Plaintiffs' APPLICATION TO PROCEED IN FORMA PAUPERIS,**
      **(3) OTHER SUPPORTING DOCUMENTS**
      **(4) AFFIRMATIONS OF SERVICE.**

**upon the following parties and/or individuals and/or entities:**

**Jeff Bezos, CEO**
**Amazon.com, Inc. (Corporate Headquarters)**
**410 Terry Avenue North**
**Seattle, WA 98109**

**President Donald J. Trump**
**The White House**
**1600 Pennsylvania Avenue NW**
**Washington, DC 20500**

**Amazon.com, Inc. (Corporate Headquarters)**
**410 Terry Avenue North**
**Seattle, WA 98109**

**Jennifer Fischer**
**c/o Kennedy Center**
**2700 F Street NW**
**Washington, DC 20566**

**Susie Wiles**
**c/o Kennedy Center**
**2700 F Street NW**
**Washington, DC 20566**

**Dan Scavino**
**c/o Kennedy Center (or other known address)**
**2700 F Street NW**
**Washington, DC 20566**

**Maria Bartiromo**
**c/o Fox Business Network**
**1211 Avenue of the Americas**
**New York, NY 10036**

**Pamela Bondi**
**c/o Ballard Partners**
**201 South Biscayne Boulevard, Suite 2800**
**Miami, FL 33131**

**Laura Ingraham**
**c/o Fox News Network, LLC**
**1211 Avenue of the Americas**
**New York, NY 10036**

**Melania Trump**
**The White House**
**1600 Pennsylvania Avenue NW**
**Washington, DC 20500**

**Dated: February 2, 2025**

**Cameron Azimi-Tabrizi, Plaintiff** *pro se*
**35 Journal Square, Suite 476**
**Jersey City, NJ 07306**
**(914) 215-2304**